UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAKESHIA PARKER, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SSM CARDINAL GLENNON ) <br> CHILDREN'S HOSPITAL, improperly named ) <br> as SSM Cardinal Glennon Medical Center, ) <br> ) <br> Defendant(s). ) | Case No. 4:10CV650 JCH |

## **ORDER**

This matter is before the Court upon its review of the record. On November 9, 2010, Defendant filed a Motion to Compel. (Doc. No. 19). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, December 6, 2010**, within which to respond to Defendant's Motion to Compel (Doc. No. 19). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 22nd day of November, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE